| **Fill in this information to identify the case:** |
| --- |
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Hudson Square Hospitality Inc.

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  87-3159764

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **227 Freneau Avenue** **Matawan, NJ 07747** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Monmouth** County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **Hudson Square Hospitality Inc.**                                                   Case number (*if known*)
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **Hudson Square Hospitality Inc.** _____ Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Hudson Square Hospitality Inc.**  Case number (*if known*) _____
        Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Hudson Square Hospitality Inc.**             Case number (*if known*)
       Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 31, 2025**
           MM / DD / YYYY

**X /s/ Hector Alvarez**                                          **Hector Alvarez**
Signature of authorized representative of debtor                  Printed name

Title  **President**

**18. Signature of attorney**

**X /s/ Anthony Sodono, III**                                    Date **July 31, 2025**
Signature of attorney for debtor                                       MM / DD / YYYY

**Anthony Sodono, III**
Printed name

**McManimon, Scotland & Baumann, LLC**
Firm name

**75 Livingston Avenue
Suite 201
Roseland, NJ 07068**
Number, Street, City, State & ZIP Code

Contact phone **973-622-1800**    Email address **asodono@msbnj.com**

**NJ**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Hudson Square Hospitality Inc.**
United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Matawan, Borough of<br>Tax Collector<br>201 Broad Street<br>Matawan, NJ 07747 | | Taxes | | | | $32,607.35 |
| Driscoll Foods<br>6 West Belt<br>Wayne, NJ 07470 | | Trade debt | | | | $20,290.55 |
| Toast, Inc.<br>401 Park Drive, Ste. 801<br>Boston, MA 02215 | | Services | | | | $20,000.00 |
| Allied Beverage Group<br>700 Kaplowski Road<br>Elizabeth, NJ 07201 | | Trade debt | | | | $18,650.84 |
| Fedway Liquor<br>505 Martinsville Road<br>Basking Ridge, NJ 07920 | | Trade debt | | | | $15,762.64 |
| Matawan, Borough of<br>Water/Sewer Dept.<br>201 Broad Street<br>Matawan, NJ 07747 | | Water/sewer | | | | $12,637.14 |
| Ironwood Finance Inc.<br>Attn: Legal Department<br>1127 Second Street<br>Corpus Christi, TX 78404 | | Future Receipts Sale Agreement | Disputed | | | $12,200.00 |
| NJ Natural Gas<br>1415 Wyckoff Road<br>PO Box 1464<br>Wall, NJ 07719 | | Services | | | | $10,111.01 |

Debtor **Hudson Square Hospitality Inc.**　　Case number *(if known)*
　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **New Jersey Division of Taxation Compliance/Enforcement - Bankruptcy Unit** **3 John Fitch Way, 5th Fl.** **Trenton, NJ 08695-0245** | | **Taxes** | | | | $10,000.00 |
| **APP Funding Beta LLC** **29 W. 36th Street, #307** **New York, NY 10018** | | | **Disputed** | | | $6,500.00 |
| **US Foods** **1114 Garden Street** **Greensburg, PA 15601** | | **Trade debt** | | | | $5,838.71 |
| **JCP&L** **101 Crawford's Corner** **Bldg. 1, Ste. 1-511** **Holmdel, NJ 07733** | | **Services** | | | | $5,325.42 |
| **Chase Cardmember Services** **201 N. Walnut Street Del-0153** **Wilmington, DE 19801** | | **Credit card** | | | | $4,448.17 |
| **Outfront** **185 US Highway 46** **Fairfield, NJ 07004** | | **Services** | | | | $3,450.00 |
| **Northeast Linen & Supply Company** **2400 E. Linden Avenue** **Linden, NJ 07036** | | **Trade debt** | | | | $2,018.36 |
| **Cutler Produce** **749 Hope Road** **Eatontown, NJ 07724** | | **Trade debt** | | | | $1,574.90 |
| **Shore Point Distributing Company, Inc.** **100 Shore Point Drive** **Freehold, NJ 07728** | | **Trade debt** | | | | $632.25 |
| **Ritchie & Page Distributing Co.** **175 New Canton Way** **Trenton, NJ 08691** | | **Trade debt** | | | | $406.30 |

Debtor **Hudson Square Hospitality Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Peapack-Gladstone Bank**<br>**c/o Anthony C. Valenziano, Esq.**<br>**Sherman Atlas Sylvester & Stamelman LLP**<br>**210 Park Avenue, 2nd Fl.**<br>**Florham Park, NJ 07932** | | **227 Frenau Avenue Matawan, NJ 07747** | **Disputed** | **$2,715,949.38** | **Unknown** | **Unknown** |

Allied Beverage Group
700 Kaplowski Road
Elizabeth, NJ 07201


Alvarez, Hector
2025 Grier Avenue
Linden, NJ 07036


APP Funding Beta LLC
29 W. 36th Street, #307
New York, NY 10018


Chase Cardmember Services
201 N. Walnut Street
Del-0153
Wilmington, DE 19801


Cutler Produce
749 Hope Road
Eatontown, NJ 07724


Driscoll Foods
6 West Belt
Wayne, NJ 07470


Fedway Liquor
505 Martinsville Road
Basking Ridge, NJ 07920


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Ironwood Finance Inc.
Attn: Legal Department
1127 Second Street
Corpus Christi, TX 78404


JCP&L
101 Crawford's Corner
Bldg. 1, Ste. 1-511
Holmdel, NJ 07733

Matawan, Borough of
Water/Sewer Dept.
201 Broad Street
Matawan, NJ 07747


Matawan, Borough of
Tax Collector
201 Broad Street
Matawan, NJ 07747


New Jersey Attorney General's Office
Div. of Law; RJ Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112


New Jersey Division of Taxation
Compliance/Enforcement - Bankruptcy Unit
3 John Fitch Way, 5th Fl.
Trenton, NJ 08695-0245


NJ Department of Labor & Workforce Devel
Division of Unemployment & Diability Ins
Bankruptcy Unit
1 John Fitch Plaza, PO Box 951
Trenton, NJ 08611-0951


NJ Dept. of Labor
Divisio of Employer Accounts
1 John Fitch Plaza
PO Box 389
Trenton, NJ 08611-0389


NJ Natural Gas
1415 Wyckoff Road
PO Box 1464
Wall, NJ 07719


Northeast Linen & Supply Company
2400 E. Linden Avenue
Linden, NJ 07036


Outfront
185 US Highway 46
Fairfield, NJ 07004

Peapack-Gladstone Bank
c/o Anthony C. Valenziano, Esq.
Sherman Atlas Sylvester & Stamelman LLP
210 Park Avenue, 2nd Fl.
Florham Park, NJ 07932


Ritchie & Page Distributing Co.
175 New Canton Way
Trenton, NJ 08691


Shore Point Distributing Company, Inc.
100 Shore Point Drive
Freehold, NJ 07728


The Menna Law Firm, LLC
1161 Broad Street, Ste. 112
Shrewsbury, NJ 07702


The Menna Law Office
1161 Broad Street, Ste. 112
Shrewsbury, NJ 07702


Toast, Inc.
401 Park Drive, Ste. 801
Boston, MA 02215


United States Attorney
Peter Rodino Federal Building
970 Broad Street, Ste. 700
Newark, NJ 07102


United States Attorney General
US Dept. of Justice
Ben Franklin Station
PO Box 683
Washington, DC 20044


US Foods
1114 Garden Street
Greensburg, PA 15601